31 March 2015

Abel Acosta, Clerk
Court of Criminal Appeals of Texas
P.O. Box 12308
CAPITAL Station, Austin, Texas 78711

RE: PD-1366-14,

Dear Clerk,

Request a copy of Appellant's Pro Se motion for rehearing reason or reasons for denial. Thank you for your assistance in this matter.

Sincerely,

Robert Joseph Grygar
Bartlett Unit - TDC#1895559
1018 Arnold Dr.
Bartlett, Texas 76511
Appellant, Pro Se

RECEIVED IN
COURT OF CRIMINAL APPEALS

APR 09 2015

Abel Acosta, Clerk